AO 91 (Rev. 11/11) Criminal Complaint

# UNITED STATES DISTRICT COURT
for the
Middle District of Florida

| United States of America | ) |
| v. | ) |
| | ) Case No: 6:23-mj-1550 |
| Brandon Eugene Brooke | ) |
| | ) |
| | ) |
| | ) |
| *Defendant(s)* | |

## CRIMINAL COMPLAINT

I, the complainant in this case, state that the following is true to the best of my knowledge and belief.

On or about the date(s) of **June 4, 2022** in the county of **Orange** in the **Middle** District of **Florida**, the defendant(s) violated:

| Code Section | Offense Description |
|---|---|
| 18 U.S.C. § 924(a)(1)(A) | False statement in a record that Federal law requires a licensed firearms dealer to keep |

This criminal complaint is based on these facts:

See attached Affidavit.

☑ Continued on the attached sheet.

_____
Complainant's signature

Raymond C. Allen III, SA, ATF
Printed name and title

Sworn to before me over the telephone or other reliable electronic means and signed by me pursuant to Fed.R.Crim.P. 4.1 and 4(d).

Date: 5/12/23

_____
Judge's signature

Leslie Hoffman Price, U.S. Magistrate Judge
Printed name and title

City and state: Orlando, Florida

STATE OF FLORIDA                                    CASE NO.: 6:23-mj-1550

COUNTY OF ORANGE

## AFFIDAVIT

I, Raymond C. Allen III, being duly sworn, do hereby depose and state the following:

### INTRODUCTION

1.   I am employed as a Special Agent (SA) with the Bureau of Alcohol, Tobacco, Firearms and Explosives (ATF), United States Department of Justice, and have been employed in this capacity since September 2015. I am currently assigned to the Orlando Group III Field Office, under the Tampa Field Division. In the course of my duties, I am charged with the investigation and enforcement of violations of federal firearms, alcohol, tobacco, arson and explosives laws. Prior to my employment with ATF, I was employed by the Orange County Sheriff's Office (OCSO) in the State of Florida for approximately 13.5 years. During my employment with the OCSO, I was assigned to various units investigating crimes related to violence, criminal gangs, narcotics and firearm related activity. Also, I have served as a supervisor in several investigative units to include, Patrol, Firearms Training Range, Gang Enforcement Unit, Federal Bureau of Investigation (FBI) Joint Terrorism Task Force (JTTF), Orange County Sheriff's Office Special Weapons and Tactics (SWAT) Team. I have a bachelor's degree from Columbia College in Criminal Justice. I am a graduate of the Criminal Investigator Training

Program and the ATF National Academy, both located at the Federal Law Enforcement Training Center in Glynco, Georgia.

2. As a federal agent, I am authorized to investigate violations of laws of the United States and to execute warrants issued under the authority of the United States.

3. As a result of my training and experience as an ATF Special Agent, I am familiar with the felony offense of causing a Federal Firearm Licensee (FFL) to maintain false information in its official records, in violation of 18 U.S.C. § 924(a)(1)(A). The statute makes it a felony to knowingly make any false statement or representation with respect to the information required to be kept in the records of a person licensed under the provisions of Chapter 44. *See* 18 U.S.C. § 924(a)(1)(A).

4. This affidavit is based upon my personal knowledge, my review of documents and other evidence, and my conversations with other law enforcement officers. Because this affidavit is being submitted for the limited purpose of establishing probable cause, it does not include all the facts that I have learned during my investigation. Where the contents of documents and the actions, statements, and conversations of others are reported herein, they are reported in substance and in part, except where otherwise indicated.

5. I submit this affidavit in support of a criminal complaint charging the defendant, Brandon Eugene Brooke (BROOKE), with a violation of 18 U.S.C. § 924(a)(1)(A).

2

## PROBABLE CAUSE

6. At all times relevant to this criminal complaint, La Familia Pawn-Orange City, Florida, is a Florida Firearms Licensed Dealer (FFL) as licensed by the ATF to engage in the business of buying and selling firearms. La Familia Pawn, Orange City is located at 2397 Enterprise Road, Orange City, Florida 32763, within the Middle District of Florida. Shoot Straight Inc. (FFL) is a Florida Firearms Licensed Dealer (FFL) as licensed by the ATF to engage in the business of buying and selling firearms located at 1349 South Orange Blossom Trail, Apopka, Florida 32703, within the Middle District of Florida. Cash America Pawn of Orlando #4 is a Florida Firearms Licensed Dealer (FFL) as licensed by the ATF to engage in the business of buying and selling firearms located at 7090 South State Highway 17-92, Fern Park, Florida 32730, within the Middle District of Florida. Cash America Pawn of Orlando #11 is a Florida Firearms Licensed Dealer (FFL) as licensed by the ATF to engage in the business of buying and selling firearms located at 2101 South Semoran Boulevard, Orlando, Florida 32822, within the Middle District of Florida. Godfather Pawn & Gun East Orlando is a Florida Firearms Licensed Dealer (FFL) as licensed by the ATF to engage in the business of buying and selling firearms located at 8519 East Colonial Drive, Orlando, Florida 32817, within the Middle District of Florida

7. For any firearms sale, an FFL, such as Shoot Straight Inc. or La Familia Pawn, is required to have the purchaser complete an ATF Form 4473

(Firearm Transaction Record). As part of its license with ATF, the FFL is required to maintain the Form 4473 in its official records.

8. The top of the Form 4473 also contains the following warning, printed in bold type, which reads in relevant part:

> **WARNING: The information you provide will be used to determine whether you are prohibited from receiving a firearm. Certain violations of the Gun Control Act, 18 U.S.C. 921 et. seq., are punishable by up to 10 years imprisonment and/or up to $250,000 fine.**

9. Section A of the Form 4473 requires the seller or transferor to indicate how many firearms are being sold and list their manufacturer, model, caliber, and serial number.

10. Section B of the Form 4473 asks the purchaser a series of questions to determine whether the purchaser is prohibited from possessing or receiving firearms under federal law. In the same section, the purchaser must provide basic background information on the Form 4473 identifying him/her as the individual making the purchase (name, date of birth, residence address, place of birth, race, sex, social security number, etc.).

11. Question (21.a) on the Form 4473 asks the following: "Are you the actual transferee/buyer of the firearm(s) listed on this form and any continuation sheet(s) (ATF Form 5300.9A)?" It further provides:

> **WARNING: You are not the actual transferee/buyer if you are acquiring the firearm(s) on behalf of another person. If you are not the actual transferee/buyer, the licensee cannot transfer the firearm(s) to you.** Exemption: If you are picking up a repaired firearm(s) for another person, you are not required to answer 21.a. and may proceed to 21.b.

4

12. The transferee/buyer is required to sign the completed form below a certification, also printed in bold type, that all the information provided by the transferee/buyer on the Form 4473 (including the answer to Question 21.c.) is "true, correct and complete." In relevant part, this certification reads:

> **I certify that my answers . . . are true, correct, and complete. I have read and understand the Notes, Instructions, and Definitions on ATF Form 4473. I understand that a person who answers "yes" to any of the questions 21.b. through 21.k. is prohibited from receiving or possessing a firearm. . . . I also understand that making any false or written statement . . . is a crime punishable as a felony under Federal law, and may also violate State and/or local law. . . .**

13. On or about June 17, 2022, the United States Postal Inspector Service in Puerto Rico executed a federal search warrant on a parcel addressed to a N.D. with an address in Puerto Rico under case number 3754664-PMF. The sender information on the parcel was A.M. with an address in Kissimmee, Florida. The parcel had been mailed on June 15, 2022, from a Post Office in Kissimmee, Florida. Pursuant to the search warrant, a ROMARM/CUGIR, model Micro Draco, 7.62x39mm caliber pistol bearing serial number 22PMD-30423 was recovered. The firearm was concealed with an electric pressure washer:



14. A review of ATF Firearms Trace Summary, T20220300237, detailed that the firearm was purchased by BROOKE on or about June 4, 2022, from Shoot Straight Inc. which is an FFL located at 1349 South Orange Blossom Trail, Apopka,

6

Florida 32703. The time-to-crime (TTC) from BROOKE purchasing the firearm to the recovery of the firearm in Puerto Rico was thirteen days.

15. I obtained a copy of the ATF Form 4473 pertaining to the June 4, 2022, purchase of a ROMARM/CUGIR, model Micro Draco, 7.62x39mm caliber pistol bearing serial number 22PMD-30423 from FFL Shoot Straight Inc.

16. On the ATF Form 4473, in Section B, which is to be filled out by the buyer, BROOKE provided his first and last name, his date of birth of XX/XX/1993, his address in Debary, FL, and his SSN. In Section C, Shoot Straight Inc., the seller of the ROMARM/CUGIR, model Micro Draco, 7.62x39mm caliber pistol, affixed to Question 26a, Identification, a Florida Drivers License and FL DL number B620-065-93-383-0, which is the Drivers License number assigned to BROOKE.

17. Upon review of Question 21.a which asked BROOKE:

> **"Are you the actual transferee/buyer of the firearm(s) listed on this form and any continuation sheet(s) (ATF Form 5300.9A)?"**

BROOKE answered **"yes"**.

18. On October 13, 2022, after conducting confirmation records check with the FL DHSMV, USPIS Task Force Officer (TFO) Quincy Alleyne and I went to the residence of BROOKE. This is the same address as provided on the ATF FORM 4473 for the June 4, 2022, purchase from Shoot Straight, Inc. We identified ourselves as law enforcement to BROOKE and engaged in a voluntary interview with him.

19.     During the interview I confronted BROOKE with the fact that BROOKE had purchased multiple firearms of the same make, model and caliber from La Familia Pawn, Orange, City.

20.     I showed BROOKE several pages of the purchase history of firearms BROOKE had made at the La Familia Pawn Orange, City. BROOKE confirmed he had purchased multiple firearms from La Familia Pawn. BROOKE also stated as his occupation that he was doing landscaping, that was "under the table" and that it had been a couple years since he had a job with reportable income. BROOKE estimated that he made $400 a week after taxes when he did not work "under the table". BROOKE stated he may have a few firearms from the many purchases he had made of firearms but could not give an exact address of where the firearms are located. BROOKE further stated that he frequents gun shows and can sell a gun within a week after he received it.

21.     A review of the purchase history for firearms purchased by BROOKE at various La Familia Pawn stores located in the Middle District of Florida, between September 2021 to September of 2022, revealed that BROOKE had purchased 33 firearms. The majority of firearms were paid for in cash totaling approximately $15,000. Each La Familia Pawn location where BROOKE purchased a firearm has its own FFL and is licensed by the ATF to engage in the business of buying and selling firearms.

22. On October 13, 2022, BROOKE was provided an ATF Warning letter, which advises the recipient of such a letter about unlicensed firearms dealing and that it is a violation of federal law to do so. Your affiant also explained to BROOKE that his purchase and resale of firearms was illegal and explained the proper way of obtaining a federal firearms license if he wished to continue to sell firearms. BROOKE signed the ATF Warning Letter in my presence and in the presence of TFO Allenye, as well as in the presence of a family member of BROOKE.

23. TFO Allenye and I requested consent to search BROOKE's cellular telephone, which he agreed and signed an ATF Consent to Search Form. After singing the form, BROOKE provided a cellular phone from a shed behind the primary residence, which he described as his home residence.

24. I obtained the cellphone from BROOKE. A phone extraction of BROOKE's device was conducted, wherein it established evidence of firearms sales. More specifically, BROOKE communicated about the sale of a Micro Draco firearm on or between June 4, 2022, and June 7, 2022:





25. I obtained a wage and earning report from the State of Florida and according to the report BROOKE has not had reported earnings since the first quarter of 2022.

26. In June of 2022, your affiant placed BROOKE on the National Instant Background Check System (NICS) for monitoring of firearms purchased by BROOKE. Due to this, your affiant obtained a spreadsheet which detailed that BROOKE had purchased approximately 20 firearms since being provided with his "ATF Warning Letter" on October 13, 2022.

27. On March 24, 2023, BROOKE purchased a Glock, model 45, 9mm caliber pistol bearing serial number BVXB372 from Cash America Pawn of Orlando #11. Your affiant reviewed the ATF Form 4473 pertaining to the firearm purchased by BROOKE and on said ATF Form 4473, BROOKE listed the same home address as the one BROOKE had provide on June 4, 2022, for a firearm purchase from Shoot Straight Inc. Your affiant also obtained and reviewed video surveillance from the March 24, 2023, purchase at the Cash America Pawn of Orlando #11. On said video surveillance it depicted BROOKE conducting the purchase of a firearm. It further depicted, that following the purchase, BROOKE exited the business with a gun box in his hand and entered the driver's seat of a white Dodge van. The same make and model of van is known to be registered to family members of BROOKE.

28. On April 20, 2023, BROOKE purchased a Glock, model 19, 9mm caliber pistol bearing serial number BSWT60 from Cash America Pawn of Orlando #4. Your affiant reviewed the ATF Form 4473 pertaining to the firearm purchased by BROOKE and on said ATF Form 4473, BROOKE, listed the same home address as the one BROOKE provided to Shoot Straight Inc. on June 4, 2022, and to Cash America Pawn of Orlando #11 on March 24, 2023, to purchase firearms.

29. On April 25, 2023, BROOKE purchased a Glock, model 27, .40 caliber pistol bearing serial number CCY074US from Godfather Pawn & Gun East Orlando Your affiant obtained and reviewed video surveillance, which depicted BROOKE purchasing the aforementioned firearm on April 25, 2023. Your affiant reviewed the ATF Form 4473 pertaining to the firearm purchased by BROOKE and on said ATF Form 4473, BROOKE listed the same home address as the one BROOKE had provided to Shoot Straight Inc. on June 4, 2022, Cash America Pawn of Orlando #11 on March 24, 2023, and to Cash America Pawn of Orlando #4 on April 20, 2023, by BROOKE to purchase firearms.

## CONCLUSION

30. Based on the foregoing, I respectfully submit that there is probable cause to believe that BROOKE on June 4, 2022, made a false statement in a record that Federal law requires a licensed firearms dealer to keep, in violation of 18 U.S.C. § 924(a)(1)(A).

This concludes my affidavit.

_____
Raymond C. Allen, III
Special Agent, ATF

Affidavit submitted by email and attested to me
as true and accurate via Zoom consistent
with Fed. R. Crim. P. 4.1 and 4(d)
before me this 12th day of May 2023.

_____
LESLIE HOFFMAN PRICE
United States Magistrate Judge