FILED

UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
ORLANDO DIVISION

2023 JUN -7 AM 11:44
US DISTRICT COURT
MIDDLE DISTRICT OF FL
ORLANDO FLORIDA

UNITED STATES OF AMERICA

v.

CASE NO. 6:23-cr-107-WWB-EJK
18 U.S.C. § 924(a)(1)(A)

BRANDON EUGENE BROOKE

### INDICTMENT

The Grand Jury charges:

### COUNT ONE

On or about June 4, 2022, in the Middle District of Florida, the defendant,

**BRANDON EUGENE BROOKE,**

did knowingly make a false statement and representation to Shoot Straight Inc., a person licensed under the provisions of Chapter 44 of Title 18, United States Code, with respect to information required by the provisions of Chapter 44 of Title 18, United States Code, to be kept in the records of Shoot Straight Inc., in that the defendant falsely claimed to be the actual transferee/buyer of the firearm in response to Question 21a of the ATF Form 4473.

In violation of 18 U.S.C. § 924(a)(1)(A).

## FORFEITURE

1. The allegations contained in Count One are incorporated by reference for the purpose of alleging forfeiture pursuant to the provisions of 18 U.S.C. § 924(d) and 28 U.S.C. § 2461(c).

2. Upon conviction of a violation of 18 U.S.C. § 924(a)(1)(A), the defendant shall forfeit to the United States, pursuant to 18 U.S.C. § 924(d) and 28 U.S.C. § 2461(c), all firearms and ammunition involved in or used in the violation.

3. The property to be forfeited includes, but is not limited to, the following: a ROMARM/CUGIR Micro Draco pistol serial number 22PMD-30423 seized on June 17, 2022.

4. If any of the property described above, as a result of any act or omission of the defendant:

   a. cannot be located upon the exercise of due diligence;

   b. has been transferred or sold to, or deposited with, a third party;

   c. has been placed beyond the jurisdiction of the court;

   d. has been substantially diminished in value; or

   e. has been commingled with other property which cannot be divided without difficulty,

the United States shall be entitled to forfeiture of substitute property under the provisions of 21 U.S.C. § 853(p), as incorporated by 28 U.S.C. § 2461(c).

ROGER B. HANDBERG
United States Attorney

By: _____
Terry B. Livanos
Assistant United States Attorney

By: _____
Michael P. Felicetta
Assistant United States Attorney
Chief, Orlando Division

# UNITED STATES DISTRICT COURT
## Middle District of Florida
### Orlando Division

## THE UNITED STATES OF AMERICA

vs.

## BRANDON EUGENE BROOKE

## INDICTMENT

Violation:

18 U.S.C. § 924(a)(1)(A)

A t[REDACTED]

Filed in open court this 7th day of June, 2023.

_____
        Clerk

Bail   $_____

GPO 863 525